IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

In re: *United States v. Seddrick Banks*
Criminal No. 1: 18CR50-3 (Traci M. Cook)
Clarksburg, West Virginia
November 20, 2019, at 10:00 a.m.

## O R D E R

This day came the United States of America by William J. Powell, United States Attorney for the Northern Judicial District of West Virginia, and presented to the Court and asked leave to file its Petition praying for a Writ of Habeas Corpus ad Prosequendum for **SEDDRICK BANKS**, defendant herein, which Petition is hereby

ORDERED filed and the Clerk of this Court is hereby directed to issue the said Writ in accordance with the prayer thereof.

DATED: 10·23·19

UNITED STATES MAGISTRATE JUDGE