IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

In re:       *United States v. Seddrick Banks*
             Criminal No. 1:118CR50-3 (Traci M. Cook)
             Clarksburg, West Virginia
             November 20, 2019, at 10:00 a.m.

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    J.C. Raffety
       UNITED STATES MARSHAL
       CLARKSBURG, WEST VIRGINIA

       NORTHWEST RSAT WALKER STATE PRISON
       7 KEVIN LANE
       ROCK SPRING, GEORGIA

YOU ARE HEREBY COMMANDED to produce the body of **SEDDRICK BANKS**, who is currently located in the Northwest RSAT Walker State Prison, in your custody, on bond with the United States, under safe and secure conduct, before the United States Magistrate Judge of this District Court within and for the District aforesaid at Clarksburg, West Virginia, on November 20, 2019, at 10:00 a.m., to answer in the above-captioned case.   After **SEDDRICK BANKS,** shall then and there appear, you shall return him to the custody of the Northwest RSAT Walker State Prison to be held pending further disposition of this case.

WITNESS the Honorable Michael John Aloi, United States Magistrate Judge of the United States District Court for the Northern District of West Virginia this 23rd of October, 2019.

**Cheryl Dean Riley**
_____
District Clerk

By: _____
Deputy Clerk